**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

State of Maryland            *
_____
**Plaintiff,**

                             *

v.                           *      **Case No.** 1:26-cv-02322-LKG
_____

                             *

Pete Hegseth                 *
_____
**Defendant.**               *

**MOTION FOR ADMISSION PRO HAC VICE**

I, James C. Luh _____, am a member in good standing of the bar of this

Court.  I am moving the admission of Lucy I. Sprague _____

to appear pro hac vice in this case as counsel for State of New Jersey _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New Jersey, 10/23/2024 | District of New Jersey, 11/22/2024 |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0_____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.   **The $100.00 fee for admission pro hac vice accompanies this motion.**

9.   We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10.  The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

/s/ James C. Luh
_____
Signature

James C. Luh (D. Md. Bar No. 31776)
_____
Printed name and bar number

Office of the Attorney General
_____
Office name

200 Saint Paul Pl; Baltimore MD 21202
_____
Address

410-576-6411
_____
Telephone number


_____
Fax Number

jluh@oag.maryland.gov
_____
Email Address

PROPOSED ADMITTEE
/s/ Lucy I. Sprague
(signed by James C. Luh with permission of
Lucy I. Sprague)
_____
Signature

Lucy I. Sprague
_____
Printed name

Office of the Attorney General
_____
Office name

124 Halsey St, Newark, NJ 07101
_____
Address

609-696-5363
_____
Telephone number


_____
Fax Number

lucy.sprague@law.njoag.gov
_____
Email Address