## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

State of Maryland      *

**Plaintiff,**

     *

**v.**      **Case No.** 1:26-cv-02322-LKG

     *

Pete Hegseth

**Defendant.**      *

### MOTION FOR ADMISSION PRO HAC VICE

I, James C. Luh , am a member in good standing of the bar of this

Court.   I am moving the admission of Leonard Giarrano IV

to appear pro hac vice in this case as counsel for State of Rhode Island .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Rhode Island (11/16/23) | U.S. Court of Appeals for the First Circuit (3/19/25) |
| | U.S. District Court for the District of Rhode Island (4/23/24) |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____n/a_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

/s/ James C. Luh
_____
Signature

James C. Luh (D. Md. Bar No. 31776)
_____
Printed name and bar number

Office of the Attorney General
_____
Office name

200 Saint Paul Pl; Baltimore MD 21202
_____
Address

410-576-6411
_____
Telephone number


_____
Fax Number

jluh@oag.maryland.gov
_____
Email Address

PROPOSED ADMITTEE
/s/ Leonard Giarrano IV
(signed by James C. Luh with permission of
Leonard Giarrano IV)
_____
Signature

Leonard Giarrano IV
_____
Printed name

Rhode Island Office of the Attorney General
_____
Office name

150 South Main Street Providence, RI 02903
_____
Address

401-274-4400
_____
Telephone number

401-222-2995
_____
Fax Number

lgiarrano@riag.ri.gov
_____
Email Address