**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.
   200 Saint Paul Place
   Baltimore, MD  21202

      Plaintiffs,

        v.

PETE HEGSETH, Secretary of Defense
U.S. Department of Defense, et al.
1000 Defense Pentagon
Washington, DC 20301-1000

      Defendants.

Case No. 1:26-cv-02322-LKG

## NOTICE OF APPEARANCE

Please enter the appearance of Nita K. Klunder as counsel for plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
By and through its Attorneys,

ANDREA JOY CAMPBELL

ATTORNEY GENERAL

*/s/ Nita K. Klunder*
Nita K. Klunder
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
Ph. (617) 963-2394
nita.klunder@mass.gov