AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| State of Maryland, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.     1:26-cv-02322-LKG |
| Pete Hegseth, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the District of Columbia                                                                    .

Date:     06/15/2026

                                        /s/ Eliza H. Simon
*Attorney's signature*

Eliza H. Simon (D. Md. Bar No. 19648)
*Printed name and bar number*

Office of the Attorney General
400 Sixth Street NW
Washington, D.C. 20001

*Address*

eliza.simon@dc.gov
*E-mail address*

(202) 741-5221
*Telephone number*

(202) 730-1482
*FAX number*