**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.

          Plaintiffs

        v.

PETE HEGSETH, Secretary of Defense, et al.

          Defendants.

Case No: 1:26-cv-02322-MJM

**PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs State of Maryland, State of California, State of Illinois, State of Colorado, State of Connecticut, District of Columbia, State of Hawaiʻi, State of Maine, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and State of Wisconsin move the Court for summary judgment under Rule 56(a) of the Federal Rules of Civil Procedure based on the claims in Count I of the Complaint, ECF No. 1, for the reasons stated in the attached Memorandum in Support of Plaintiffs' Motion for Summary Judgment.

The actions challenged in this case have an immense impact on the plaintiff States. Accordingly, the plaintiff States intend to confer with the defendants about a schedule for expeditious briefing and resolution of this motion.

Date: July 21, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
Attorney General of Maryland

/s/ JAMES C. LUH
JAMES C. LUH (D. Md. Bar No. 31776)
VIRGINIA A. WILLIAMSON (D. Md. Bar
    No. 31472)
ADAM KIRSCHNER (D. Md. Bar No.
    31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

Attorneys for State of Maryland

**ROB BONTA**
Attorney General of California

By: */s/ Alexis M. Piazza*
Alexis M. Piazza*
*Deputy Attorney General*
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Michael L. Newman*
*Senior Assistant Attorney General*
Laura L. Faer*
*Supervising Deputy Attorney General*
Kenneth J. Sugarman*
Xiyun Yang*
*Deputy Attorneys General*
Alexis.Piazza@doj.ca.gov
Laura.Faer@doj.ca.gov
Kenneth.Sugarman@doj.ca.gov
Xiyun.Yang@doj.ca.gov
Michael.Newman@doj.ca.gov

*Attorneys for State of California*

2

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Paul Berks*
CARA HENDRICKSON*
Executive Deputy Attorney General
PAUL BERKS*
Complex Litigation Counsel
ELIZABETH H. JORDAN*
Senior Social Equity Counsel
MOLLY PETCHENIK*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov
Cara.Hendrickson@ilag.gov
Elizabeth.Jordan@ilag.gov
Molly.Petchenik@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Nora Passamaneck*
Nora Passamaneck*
*Senior Assistant Attorney General*
Sam Wolter*
*Assistant Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
nora.passamaneck@coag.gov
samuel.wolter@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Andrew Ammirati*
Andrew Ammirati*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Attorney for Plaintiff State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Eliza H. Simon*
Eliza H. Simon (D. Md. Bar No. 19648)
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Nita K. Klunder*
Nita K. Klunder*
*State Trial Counsel*
Savannah Arguello*
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
Nita.Klunder@mass.gov
Sav.Arguello@mass.gov

*Counsel for the Commonwealth of
Massachusetts*


**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Kimberly Svendsen*
Kimberly Svendsen*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1141
kimberly.svendsen@ag.state.mn.us

*Counsel for the State of Minnesota*


**AARON M. FREY**
Attorney General of Maine

*/s/ Katherine W. Thompson*
Katherine W. Thompson*
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov

*Attorneys for Plaintiff State of Maine*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Attorneys for the State of Michigan*


**AARON D. FORD**
Attorney General of Nevada

By: /s/ K. Brunetti Ireland
K. Brunetti Ireland*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

Attorneys for State of Nevada

4

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Lucy I. Sprague*
Lucy I. Sprague*
Andrea I. Cavazos*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
lucy.sprague@law.njoag.gov
andrea.cavazos@law.njoag.gov

Counsel for the State of New Jersey

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann*
Senior Assistant Attorney General
Galen Knowles*
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Galen.Knowles@doj.oregon.gov

Attorneys for the State of Oregon

**RAÚL TORREZ**
Attorney General of New Mexico

*/s/ Olivia den Dulk*
Olivia den Dulk*
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
odendulk@nmdoj.gov

*Attorneys for the State of New Mexico*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV*
*Special Assistant Attorney General*
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
lgiarrano@riag.ri.gov

Attorney for State of Rhode Island

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

Attorneys for State of Vermont

**JAY JONES**
Attorney General of Virginia

By: /s/ *Megan C. Keenan*
Megan C. Keenan (D. Md. Bar No. 32426)
*Deputy Solicitor General*
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071
mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Sarah E. Smith-Levy*
SARAH E. SMITH-LEVY*
Assistant Attorney General
CRISTINA SEPE*
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
sarah.e.smith-levy@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorneys for State of Wisconsin*

*\* pro hac vice*