**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Exec. Order No. 14398, Addressing DEI Discrimination by Federal Contractors, 91 Fed. Reg. 16147 (Mar. 26, 2026) |
| 2 | Memorandum from Fed. Acquisition Regul. Council, Agency Implementation of Executive Order 14398, Addressing DEI Discrimination by Federal Contractors (Apr. 17, 2026) |
| 3 | Declaration of Jeni Kitchell (California) |
| 4 | Declaration of Theresa Maldonado (California) |
| 5 | Declaration of Emma Cimino (Connecticut) |
| 6 | Declaration of Clara Ann McLaughlin (District of Columbia) |
| 7 | Declaration of Chad B. Walton, PhD (Hawaiʻi) |
| 8 | Declaration of Dr. Paul Ellinger (Illinois) |
| 9 | Declaration of Janette Kirk (Maine) |
| 10 | Declaration of Jill A. Frankenfield (Maryland) |
| 11 | Declaration of Patrick G. O'Shea (Maryland) |
| 12 | Declaration of Denise Barton (Massachusetts) |
| 13 | Declaration of Timothy Boring (Michigan) |
| 14 | Declaration of Joanne Billings (Minnesota) |
| 15 | Declaration of LeAnn Behrens (New Mexico) |
| 16 | Declaration of Bonnie Nagel, PhD (Oregon) |
| 17 | Declaration of Bethany D. Jenkins (Rhode Island) |
| 18 | Declaration of Genevieve M. Allaire Johnson (Rhode Island) |
| 19 | Declaration of Ryan Brown (Virginia) |
| 20 | Declaration of Laura Kozma (Virginia) |
| 21 | Declaration of Timothy H. Dellit, MD (Washington) |
| 22 | Declaration of Aileen Switzer (Wisconsin) |