Exhibit 19
Declaration of Ryan Brown (Virginia)

**DECLARATION OF RYAN BROWN, EXECUTIVE DIRECTOR OF THE VIRGINIA DEPARTMENT OF WILDLIFE RESOURCES**

I, Ryan Brown, declare as follows:

1. I am the Executive Director of the Virginia Department of Wildlife Resources. I make this declaration based on personal knowledge and information provided to me in my official capacity. If called as a witness, I could and would testify competently to the matters set forth below.

## Professional and Agency Background

2. I am currently employed by the Virginia Department of Wildlife Resources (VDWR) as Executive Director.

3. VDWR is responsible for wildlife management, boating, and other public outdoor recreation opportunities in the Commonwealth of Virginia.

4. As Executive Director, I am signatory to the majority of agreements that VDWR enters with the federal government, and ultimately responsible for the agency's delivery on those contracts and compliance with obligations thereunder.

## Federal Contracting Activities of VDWR

5. VDWR regularly supplies services to the federal government under procurement contracts with federal agencies.

6. For example, VDWR is party to the following present contract:

   a. Contract 80GSFC24CA025 with the National Aeronautics and Space Administration (NASA), in the original amount of $778,021; with all options, $3,087,167.00, for a total potential term of five years, awarded 3/22/2024.

**Executive Order 14398**

7. I understand that on March 26, 2026, President Trump issued Executive Order 14398, Addressing DEI Discrimination by Federal Contractors, 91 Fed. Reg. 16,147 (Mar. 26, 2026). The order directs federal agencies to include terms in all their contracts barring contractors from "engag[ing] in any racially discriminatory DEI activities," defined as "disparate treatment based on race or ethnicity in the recruitment, employment . . . , contracting . . . , program participation, or allocation or deployment of an entity's resources." Under the terms, contractors or subcontractors not in compliance with this prohibition may be subject to contract cancellation and debarment from future contracts. The terms also require contractors to "furnish all information and reports, including providing access to books, records, and accounts" for purposes of ascertaining compliance. The terms state, "The contractor recognizes that compliance with the requirements of this clause are material to the Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code (False Claims Act)."

8. I understand that on or about April 20, 2026, the FAR Council issued a memorandum to agency procurement officers with instructions on how to implement Executive Order 14398. The memorandum directs agencies to issue class deviations under FAR subpart 1.4 to incorporate the contract terms and other requirements of Executive Order 14398. The memorandum further directs agencies to start using the contract terms prescribed by Executive Order 14398 in new contracts by April 24, 2026, and to seek to modify existing contracts with the contract terms prescribed by Executive Order 14398 by July 24, 2026. These new terms are numbered FAR 52.222-90, Addressing DEI Discrimination by Federal Contractors, though they have not yet been officially incorporated into the Federal Acquisition Regulation. The memorandum directs that, "If a contractor refuses to agree to a bilateral modification, the

contracting officer should consider whether, absent the modification, the contract no longer meets the agency's needs and should therefore be terminated for convenience."

9. I understand that many federal agencies have issued class deviations to implement Executive Order 14398. Through these class deviations, the agencies have directed contracting officers to use the terms prescribed by Executive Order 14398, including the clause found at FAR 52.222-90, Addressing DEI Discrimination by Federal Contractors.

10. VDWR has already been asked to sign or assure compliance with the new contract terms prescribed by Executive Order 14398 in connection with a contract for the National Aeronautics and Space Administration. For example, during June 2026, NASA requested an amendment to Contract 80GSFC24CA025 implementing EO 14398.

11. Notwithstanding the deep concerns described below, VDWR, based upon its understanding of the meaning of the new contract terms, agreed to the new contract terms prescribed by Executive Order 14398, even though the federal government has not provided a clear explanation of what, if anything, the federal government believes the terms require from contractors beyond compliance with existing federal antidiscrimination law.

**Executive Order 14398's Costs, Burdens, and Harms**

12. I am deeply concerned that the contract terms prescribed by Executive Order 14398 could create substantial costs, burdens, and harms for VDWR and our State.

13. Executive Order 14398 and the contract terms adopted to implement the order define "racially discriminatory DEI activities" to mean "disparate treatment based on race or ethnicity in the recruitment, employment (e.g., hiring, promotions), contracting (e.g., vendor agreements), program participation, or allocation or deployment of an entity's resources." The order in turn defines "program participation" to mean "membership or participation in, or access

or admission to: training, mentoring, or leadership development programs; educational opportunities; clubs; associations; or similar opportunities that are sponsored or established by the contractor or subcontractor." The federal government has not provided a clear explanation of what, if anything, the federal government believes these terms require from contractors beyond compliance with existing federal antidiscrimination law.

14. The federal government's lack of clarity in Executive Order 14398 and the associated contract terms poses a harm to VDWR, given that the Executive Order directs federal agencies to "cancel, terminate, suspend, or cause to be cancelled, terminated, or suspended" any contract for the contractor or subcontractor's noncompliance.

15. Executive Order 14398's requirement that federal agencies "take appropriate action to suspend and debar" contractors or subcontractors for noncompliance threatens unprecedented penalties that create substantial risk for VDWR, even if the agency conducts all of its work in connection with the contract consistent with its understanding of the contract's terms.

16. The contract term under which the contractor "recognizes that compliance with the requirements of this clause are material to the Government's payment decisions for purposes of" the False Claims Act also threatens substantial harm to VDWR, even if the agency conducts all of its work in connection with the contract consistent with its understanding of the contract's terms. States would face costs associated with defending lawsuits under the False Claims Act even if they were to prevail in those lawsuits.

**Executive Order 14398's Procedural Harms**

17. The FAR Council guidance explains that the FAR Council "intends to conduct rulemaking pursuant to the notice and comment process set forth at 41 U.S.C. 1707" to amend

the Federal Acquisition Regulation (FAR). But the FAR Council guidance also directed federal agencies to implement the Executive Order before this rulemaking was completed.

18. Because the FAR Council and other federal agencies began implementation of the Executive Order without the required process, VDWR has had no opportunity to share its concerns regarding the new terms, including the significant uncertainty and substantial costs, burdens, and harms they could cause. Nor does VDWR have the benefit of federal agencies' responses to public comments, which might have helped clarify the federal government's terms. The significant uncertainty and substantial costs, burdens, and harms caused by Executive Order 14398 could have been mitigated, and perhaps avoided altogether, had the new terms been issued pursuant to lawful procedures.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 17, 2026 at Richmond, Virginia

Ryan Brown
Executive Director
Virginia Department of Wildlife Resources