Exhibit 20
Declaration of Laura Kozma (Virginia)

**DECLARATION OF LAURA KOZMA ON BEHALF OF THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA**

I, Laura Kozma, declare as follows:

1. I am the Associate Vice President of Research Operations and the Executive Director of the Office of Sponsored Programs, The Rector and Visitors of the University of Virginia. I make this declaration based on personal knowledge and information provided to me in my official capacity. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am currently employed by the Rector and Visitors of the University of Virginia as the Associate Vice President of Research Operations and the Executive Director of the Office of Sponsored Programs.

3. The Rector and Visitors of the University of Virginia is a public institution of higher learning guided by a founding vision of discovery, innovation, and development of the full potential of talented students from all walks of life. It serves the Commonwealth of Virginia, the nation, and the world by developing responsible citizen leaders and professionals; advancing, preserving, and disseminating knowledge; and providing world-class patient care.

4. As Associate Vice President of Research Operations and Executive Director of the Office of Sponsored Programs, my duties include leading the department that negotiates all federal contracts and subcontracts for research and services provided to the Federal Government.

**Federal Contracting Activities of The Rector and Visitors of the University of Virginia**

5. The Rector and Visitors of the University of Virginia regularly and routinely supplies services to the federal government under procurement contracts with federal agencies.

The Rector and Visitors of the University of Virginia also regularly and routinely supplies services as a subcontractor on procurement contracts with federal agencies.

6. For example, The Rector and Visitors of the University of Virginia is party to over 100 active contracts valued at over $50,000,000 including the following present contracts:

7. $337,226 from the National Highway Traffic Safety Administration for the project “Evaluation of THOR-50M Modifications for Reclined Seating” from September 23, 2023, through August 24, 2026, and $200,000 from the National Aeronautics and Space Administration for the project “Environmentally Assisted Cracking EAC susceptibility and threshold performance of compromised Aluminum 2219 alloy analysis from February 28, 2026, through December 31, 2027.

8. The Rector and Visitors of the University of Virginia regularly and routinely seeks opportunities for new federal contract work. For example: a project to establish a new foundation for composing machine learning and automated reasoning into a single planning system that is both flexible on real-world data and reliable under domain constraints from the Defense Advanced Research Projects Agency and a project to test the hypothesis that stress fracture initiation in the human femoral neck is governed by the interaction between strain localization imposed by whole-bone geometry and loading condition, the bone microarchitecture and the local bone material quality from the Army Research Laboratory.

9. In all, The Rector and Visitors of the University of Virginia has over 30 contracts with multiple different federal agencies worth over $30,000,000, and is a subcontractor on over 70 contracts with multiple different federal agencies worth over $20,000,000. Each year, The Rector and Visitors of the University of Virginia typically enters an average of 40 new and modified contracts worth an average of $15,000,000.

10. The federal agencies for which The Rector and Visitors of the University of Virginia is currently working as a contractor or subcontractor or seeking new contracts include, but are not limited to: The Defense Advanced Research Projects Agency, U.S. Army, Defense Threat Reduction Agency, National Highway Traffic Safety Administration, National Aeronautics and Space Administration, U.S. Navy, Department of Energy, Department of Health and Human Services, Department of the Interior, and the National Institutes of Health.

**Executive Order 14398**

11. I understand that on March 26, 2026, President Trump issued Executive Order 14398, Addressing DEI Discrimination by Federal Contractors, 91 Fed. Reg. 16,147 (Mar. 26, 2026). The order directs federal agencies to include terms in all their contracts barring contractors from "engag[ing] in any racially discriminatory DEI activities," defined as "disparate treatment based on race or ethnicity in the recruitment, employment . . . , contracting . . . , program participation, or allocation or deployment of an entity's resources." Under the terms, contractors or subcontractors not in compliance with this prohibition may be subject to contract cancellation and debarment from future contracts. The terms also require contractors to "furnish all information and reports, including providing access to books, records, and accounts" for purposes of ascertaining compliance. The terms state, "The contractor recognizes that compliance with the requirements of this clause are material to the Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code (False Claims Act)."

12. I understand that on or about April 20, 2026, the FAR Council issued a memorandum to agency procurement officers with instructions on how to implement Executive Order 14398. The memorandum directs agencies to issue class deviations under FAR subpart 1.4 to incorporate the contract terms and other requirements of Executive Order 14398. The

memorandum further directs agencies to start using the contract terms prescribed by Executive Order 14398 in new contracts by April 24, 2026, and to seek to modify existing contracts with the contract terms prescribed by Executive Order 14398 by July 24, 2026. These new terms are numbered FAR 52.222-90, Addressing DEI Discrimination by Federal Contractors, though they have not yet been officially incorporated into the Federal Acquisition Regulation. The memorandum directs that, "If a contractor refuses to agree to a bilateral modification, the contracting officer should consider whether, absent the modification, the contract no longer meets the agency's needs and should therefore be terminated for convenience."

13. In light of Executive Order 14398, the FAR Council memorandum, and the class deviations described above, I expect that all Rector and Visitors of the University of Virginia federal contracts and subcontracts will be made subject to the order's terms in the immediate future, and thus the Rector and Visitors of the University of Virginia will be required to agree to the contract term or risk losing the contracts or contracting opportunities.

14. The Rector and Visitors of the University of Virginia has already been asked to sign or assure compliance with the new contract terms prescribed by Executive Order 14398 in connection with contracts or subcontracts for several federal agencies.

15. The Rector and Visitors of the University of Virginia has in some cases agreed to the new contract terms prescribed by Executive Order 14398.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 17, 2026, at Charlottesville, Virginia.

Laura Kozma