IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND, et al., | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **Civil No. 1:26-cv-02322-MJM** |
| | * | |
| PETE HEGSETH, Secretary of the | * | |
| United States Department of War, et al., | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

**********

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – ECF NOS. 1 & 87

Under Rule 6(b) of the Federal Rules of Civil Procedure, Defendants,[1] by their attorneys, Kelly

---

[1] The named Defendants are: Pete Hegseth, Secretary of the United States Department of War; Douglas A. Collins, Secretary of the United States Department of Veterans Affairs; Chris Wright, Secretary of the Department of Energy; Markwayne Mullin, Secretary of the United States Department of Homeland Security; Robert F. Kennedy, Jr., Secretary of the United States Department of Health and Human Services; Edward C. Forst, Administrator, General Services Administration; Jared Isaacman, Administrator, National Aeronautics and Space Administration; Sean Duffy, Secretary of the United States Department of Transportation; Marco Rubio, Secretary of the United States Department of State; Brooke L. Rollins, Secretary of the Department of Agriculture; Todd Blanche, Acting Attorney General for the United States; Linda E. McMahon, Secretary of the United States Department of Education; Doug Burgum, Secretary of the United States Department of the Interior; Howard Lutnick, Secretary of the United States Department of Commerce; Scott Turner, Secretary of the Department of Housing and Urban Development; Keith E. Sonderling, Acting Secretary of the United States Department of Labor; Lee Zeldin, Administrator, Environmental Protection Agency; Brian Stone, Senior Official Performing the Duties of Director, National Science Foundation; Ho K. Nieh, Chairman, Nuclear Regulatory Commission; Frank J. Bisignano, Commissioner, Social Security Administration; Tulsi Gabbard, Director of National Intelligence; Christopher Landau, Acting Director, Peace Corps; Peter A. Feldman, Acting Chairman, Consumer Product Safety Commission; Keith E. Sonderling, Acting Director, Institute of Museum and Library Services; Kevin Rhodes, Administrator for Federal Procurement Policy; John M. Tenaglia, Principal Director, Defense Pricing, Contracting, and Acquisition Policy; Jeffrey A. Koses, Senior Procurement Executive and Deputy Chief Acquisition Officer, Office of Acquisition Policy, General Services Administration; Marvin L. Horne, Acting Senior Procurement Executive and Deputy Chief Acquisition Officer, Office of Acquisition Policy, National Aeronautics and Space Administration (all individuals in their official capacities); and the Agencies corresponding to each of the above-named defendants, as well as "the United States."

O. Hayes, United States Attorney for the District of Maryland, and undersigned counsel, respectfully seek a 60-day extension of time—until **October 16, 2026**—to respond to Plaintiffs' Complaint and Motion for Summary Judgment.  ECF Nos. 1, 87. In support of their Motion, Defendants state as follows:

1.  On March 26, 2026, the President issued Executive Order 14,398, 91 Fed. Reg. 16,147, entitled *Addressing DEI Discrimination by Federal Contractors*, which directs agencies to include a provision in Government contracts requiring contractors to certify that they will not engage in "disparate treatment based on race or ethnicity" in certain practices and activities "[i]n connection with the performance of work under the[ir] contract."" *Id.* §§ 2-3.  On April 17, 2026, the FAR Council issued a memorandum to "provide guidance to agencies that issue contracts subject to the [FAR] to support their implementation of [the Order]." *See Memorandum on Agency Implementation of Executive Order 14398, Addressing DEI discrimination by Federal Contractors*, Federal Acquisition Regulation Council (Apr. 17, 2026) ("FAR Guidance" or "Guidance").

2.  The 20 Plaintiffs in this case—the State of Maryland, sixteen other States, two Commonwealths, and the District of Columbia—filed suit in this District on June 10, 2026, challenging the FAR Guidance as well as Defendant agencies' implementation of Executive Order 14398 under the Administrative Procedure Act, 5 U.S.C. §§ 551-556, 701-706.  ECF No. 1, Compl. at ¶¶ 1-10, 69-72, 132-44 (citing Exec. Order No. 14398, *Addressing DEI Discrimination by Federal Contractors*, 91 Fed. Reg. 16147 (Mar. 26, 2026)).

3.  The Complaint was served on June 17, 2026; therefore, Defendants' deadline to respond has not yet passed (presently, it is due August 17, 2026).  *See* Fed. R. Civ. P. 6(a)(1)(C).  No motion for emergency injunctive relief is pending.

4.  On July 21, 2026, before Defendants had entered an appearance or been required to respond

---

William Pulte has succeeded Tulsi Gabbard and is serving as Acting Director of National Intelligence and thus is substituted automatically as a named defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

to the Complaint, and without conferring with or even notifying Defendants (*But see* Local Civ. Rule 105.2(c)), Plaintiffs moved for summary judgment. *See* ECF No. 87. Undersigned counsel, who had not yet entered an appearance in the case, became aware of the filing on July 22, 2026, when counsel for the Plaintiffs emailed the summary judgment filing to the United States Attorney's Office for the District of Maryland.

5. Plaintiffs' Motion for Summary Judgment (ECF No. 87) is 30 pages long and attaches 22 exhibits, 20 of which are Declarations. *See* ECF No. 87-2 (Index of Exhibits). The Declarations total approximately 200 pages. *Id.*; *see* ECF No. 87-5 through 87-24 (Declarations). Defendants request a 60-day extension of time (to **October 16, 2026**), to file a response to the Complaint and respond to the unexpected summary judgment motion. The extension is necessary to: (i) confer with the multiplicity of Defendants named in the Complaint about the allegations in the initiating pleading; (ii) review Plaintiffs' Motion for Summary Judgment and exhibits thereto; (iii) determine whether to file a cross-motion, and confer with Plaintiffs on a schedule regarding same (as did not occur in advance, because Defendants had no notice of Plaintiffs' Motion); (iv) gather pertinent information and evidence; and (v) identify which Department of Justice division—and therefore, which individual attorney(s)—will handle the case going forward.

6. Counsel for the Plaintiffs was contacted about the proposed extension and is opposed to it. Plaintiffs' counsel also informed Defendants to convey in the extension motion that Plaintiffs "will file an opposition to the extension request within two business days unless the Court directs otherwise."

7. As relevant here, Plaintiffs will not be prejudiced by the extension. No request for emergency relief has been made and the current posture of the case, that is the filing of both a Complaint and dispositive motion of which Defendants had no notice, necessitates more time to prepare Defendants' responses.

8. This motion is not made for purposes of undue delay.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the defendants to file an Answer or response, to include a dispositive motion, by **October 16, 2026**.

A proposed Order setting the date for the filing of the defendants' response to the Complaint and response to Plaintiffs' summary judgment motion (or for filing a cross-motion) is attached.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:         /s/ Tarra DeShields
Tarra DeShields (Bar No. 07749)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (fax)
Tarra.DeShields@usdoj.gov
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2026, the foregoing Defendants' Motion for Extension of Time to Answer the Plaintiffs' Complaint and Respond to the Plaintiffs' Motion for Summary Judgment – ECF Nos. 1 and 87, was filed with the Clerk of the Court using the CM/ECF system and was thus served upon plaintiffs' counsel of record:

James C. Luh, Esquire
Maryland Attorney General's Office
Civil Division, Federal Accountability Unit
200 Saint Paul Place
Baltimore, Maryland 21202
P: 410.576.6411
jluh@oag.maryland.gov

/s/*Tarra DeShields*
Tarra DeShields
Assistant United States Attorney

4