**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **STATE OF MARYLAND, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-02322-MJM** |
| | * | |
| **PETE HEGSETH, Secretary of the** | * | |
| **United States Department of War, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\***

**ORDER**

The foregoing Defendants' Motion for Extension of Time to Answer the Plaintiffs' Complaint and to Respond to Plaintiffs' Motion for Summary Judgment (the "Motion") having been read and considered by the United States District Court for the District of Maryland, it is this _____ day of July, 2026,

**ORDERED**, that the Motion is hereby **GRANTED;** and it is further

**ORDERED** that Defendants' Answer to the Complaint and response to the Plaintiffs' Motion for Summary Judgment are due on **October 16, 2026**; and

It is further **ORDERED** that the Clerk of the Court remit copies of this signed ORDER to counsel of record in the case for both parties.

_____
Matthew J. Maddox
United States District Judge