**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.

               Plaintiffs

        v.

PETE HEGSETH, Secretary of Defense, et al.

               Defendants.

Case No: 1:26-cv-02322-MJM

**PLAINTIFF STATES' PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff States do not object to an extension of time to permit the federal defendants to respond to the Plaintiff States' Motion for Summary Judgment, ECF No. 87, on August 17, 2026, the same day the defendants are to respond to the plaintiffs' complaint under Rule 12(a)(2) of the Federal Rules of Civil Procedure. But the plaintiffs object to any longer extension of time, because the challenged actions of the defendants are already causing serious harm to the plaintiffs, and the defendants have not provided good reason for a further two-month delay.

The plaintiff States filed this action on June 10, 2026, challenging actions taken by the defendants to implement Executive Order No. 14398, Addressing DEI Discrimination by Federal Contractors, 91 Fed. Reg. 16147 (Mar. 26, 2026). Compl., ECF No. 1. Under the Executive Order, federal agencies have adopted new terms in federal contracts and subcontracts to bar contractors from engaging in "racially discriminatory DEI [diversity, equity, and inclusion] activities." The agencies have not clearly explained the meaning of these terms or whether they go beyond existing antidiscrimination laws or past federal policies. But they have threatened harsh penalties against contractors that do not agree to the terms or that violate the terms, including termination of contracts, exclusion from future contracts, and lawsuits under the False

Claims Act, 31 U.S.C. §§ 3729–3733. These actions directly affect the plaintiff States because their agencies and instrumentalities routinely perform work for the federal government under contracts and subcontracts worth billions of dollars each year.

The federal government foisted the contract terms on federal contractors without providing advance notice and inviting public comment as required by law, and without clearly explaining what the contract terms require. *See, e.g.*, Compl. ¶¶ 3–4, 7, 90–92. The plaintiff States are already suffering serious harm amid the resulting confusion. For example, as discussed in the attached declaration, one federal contractor recently ended a five-year subcontracting relationship with a Maryland state agency, apparently because discussions with the Environmental Protection Agency (EPA) led the prime contractor to believe that it could not work with subcontractors that follow DEI policies of any kind—which includes Maryland state agencies. *See* Decl. of Luke Page (attached as Exhibit 1).

Because the case can be resolved based solely on the defendants' violations of law, the plaintiff States opted to immediately move for summary judgment in this action, instead of seeking preliminary relief and thereby imposing additional burdens on the parties and the Court. The plaintiff States filed their motion on July 21, 2026, and sent a copy to the U.S. Attorney's Office the next day.[1]

In discussions by email on July 23, 2026, the plaintiff States advised the defendants that, although they continue to suffer harm from the defendants' actions, they would be willing to

---

[1] The defendants suggest that the plaintiffs' filing of their motion violated Local Rule 105.2.c, but that rule applies only when "both parties intend to file summary judgment motions." *Id.* The defendants state that they have not decided whether they will file any summary judgment motion, and they seek to delay that decision until October. *See* Defs.' Mot. ¶ 5. The rule is intended to promote efficiency, not as a way to permit a party to delay opposing parties from seeking needed relief.

discuss an extension of time for the defendants' response to August 17, 2026. That would align the defendants' response with the 60-day timeline for responding to the complaint under Rule 12(a)(2) and give the defendants an extra 13 days—27 days total—to respond to the motion for summary judgment.

The defendants have not offered any good reason for a longer extension. Time to confer with the defendant agencies, "gather pertinent information and evidence," and "identify which Department of Justice division . . . and . . . attorney(s) . . . will handle the case," Defs.' Mot. ¶ 5, is built into the 60 days permitted for federal government defendants under Rule 12(a)(2)— which is much longer than the 21 days permitted for other defendants under Rule 12(a)(1)(A)(i). Time to review the plaintiffs' motion, "determine whether to file a cross-motion," and "gather pertinent information and evidence," Defs.' Mot. ¶ 5, is built into the 14 days permitted to respond to a motion under Local Rule 105.2.a. And even though the plaintiffs' motion turns on straightforward application of statutory and regulatory provisions, and the plaintiffs are already suffering harm, the plaintiffs do not object to the defendants being permitted an additional 13 days on top of that 14 days.

The Court should deny the defendants' motion for extension of time, or at most should grant an extension of time to August 17, 2026, for the defendants' response to the plaintiffs' motion for summary judgment.

Date: July 30, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
Attorney General of Maryland

**ROB BONTA**
Attorney General of California

/s/ JAMES C. LUH
JAMES C. LUH (D. Md. Bar No. 31776)
VIRGINIA A. WILLIAMSON (D. Md. Bar No. 31472)
ADAM KIRSCHNER (D. Md. Bar No. 31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

Attorneys for State of Maryland

By: */s/ Alexis M. Piazza*
Alexis M. Piazza*
*Deputy Attorney General*
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Michael L. Newman*
*Senior Assistant Attorney General*
Laura L. Faer*
*Supervising Deputy Attorney General*
Kenneth J. Sugarman*
Xiyun Yang*
*Deputy Attorneys General*
Alexis.Piazza@doj.ca.gov
Laura.Faer@doj.ca.gov
Kenneth.Sugarman@doj.ca.gov
Xiyun.Yang@doj.ca.gov
Michael.Newman@doj.ca.gov

*Attorneys for State of California*

4

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Paul Berks*
CARA HENDRICKSON*
Executive Deputy Attorney General
PAUL BERKS*
Complex Litigation Counsel
ELIZABETH H. JORDAN*
Senior Social Equity Counsel
MOLLY PETCHENIK*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov
Cara.Hendrickson@ilag.gov
Elizabeth.Jordan@ilag.gov
Molly.Petchenik@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Andrew Ammirati*
Andrew Ammirati*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Attorney for Plaintiff State of Connecticut*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Nora Passamaneck*
Nora Passamaneck*
*Senior Assistant Attorney General*
Sam Wolter*
*Assistant Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
nora.passamaneck@coag.gov
samuel.wolter@coag.gov

*Counsel for the State of Colorado*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Eliza H. Simon*
Eliza H. Simon (D. Md. Bar No. 19648)
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Nita K. Klunder*
Nita K. Klunder*
*State Trial Counsel*
Savannah Arguello*
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
Nita.Klunder@mass.gov
Sav.Arguello@mass.gov

*Counsel for the Commonwealth of Massachusetts*


**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Kimberly Svendsen*
Kimberly Svendsen*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1141
kimberly.svendsen@ag.state.mn.us

*Counsel for the State of Minnesota*


**AARON M. FREY**
Attorney General of Maine

*/s/ Katherine W. Thompson*
Katherine W. Thompson*
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov

*Attorneys for Plaintiff State of Maine*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Attorneys for the State of Michigan*


**AARON D. FORD**
Attorney General of Nevada

By: /s/ K. Brunetti Ireland
K. Brunetti Ireland*
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

Attorneys for State of Nevada

6

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Lucy I. Sprague*
Lucy I. Sprague*
Andrea I. Cavazos*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
lucy.sprague@law.njoag.gov
andrea.cavazos@law.njoag.gov

Counsel for the State of New Jersey

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann*
Senior Assistant Attorney General
Galen Knowles*
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Galen.Knowles@doj.oregon.gov

Attorneys for the State of Oregon

**RAÚL TORREZ**
Attorney General of New Mexico

*/s/ Olivia den Dulk*
Olivia den Dulk*
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
odendulk@nmdoj.gov

*Attorneys for the State of New Mexico*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Leonard Giarrano IV*
Leonard Giarrano IV*
*Special Assistant Attorney General*
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
lgiarrano@riag.ri.gov

Attorney for State of Rhode Island

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

Attorneys for State of Vermont


**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Sarah E. Smith-Levy*
SARAH E. SMITH-LEVY*
Assistant Attorney General
CRISTINA SEPE*
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
sarah.e.smith-levy@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**JAY JONES**
Attorney General of Virginia

By: /s/ *Megan C. Keenan*
Megan C. Keenan (D. Md. Bar No. 32426)
*Deputy Solicitor General*
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071
mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*


**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorneys for State of Wisconsin*

*\* pro hac vice*