**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.

Plaintiffs

v.

PETE HEGSETH, Secretary of Defense, et al

Defendants.

Case No: 1:26-cv-02322-MJM

**DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

In accordance with Rule 12(b)(1), Rule 12(b)(6), and Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 105.1, all Defendants hereby move the Court to issue an Order granting the Defendants' motion to dismiss the Plaintiffs' complaint on all counts, or in the alternative, to grant partial summary judgment for Defendants on Count I. The bases supportive of the motion are set forth in the attached memorandum.

WHEREFORE, the Defendants respectfully request that this Court grant the Defendants' motion.

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

MARIANNE F. KIES
Assistant Branch Director

*<u>/s/ Joseph E. Borson</u>*
JOSEPH E. BORSON (Va Bar No. 85519)
Assistant Branch Director
Federal Programs Branch
Civil Division
U.S. Department of Justice
Joseph.Borson@usdoj.gov
202-598-5389

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system and was thus served upon plaintiffs' counsel of record:

James C. Luh, Esquire
Maryland Attorney General's Office
Civil Division, Federal Accountability Unit
200 Saint Paul Place
Baltimore, Maryland 21202
P: 410.576.6411
jluh@oag.maryland.gov

/s/*Joseph E. Borson*
JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch