**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.

Plaintiffs

v.

PETE HEGSETH, Secretary of Defense, et al

Defendants.

Case No: 1:26-cv-02322-MJM

**[PROPOSED] ORDER**

Having read and considered the Defendants' Motion to Dismiss (the "Motion"), and all other pleadings submitted thereto, it is this __ day of ______, 2026 by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss the Plaintiffs' Complaint for Declaratory and Injunctive Relief shall be, and hereby is, **GRANTED** on all counts of the plaintiffs' Complaint; and

2. The Clerk of the Court shall remit copies of this ORDER to all parties and their respective counsel of record, if any.

______________________

UNITED STATES DISTRICT JUDGE