**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, et al.<br><br>Plaintiffs<br><br>v.<br><br>PETE HEGSETH, Secretary of Defense, et al.<br><br>Defendants. | Case No: 1:26-cv-02322-MJM |

**PROPOSED ORDER**

The Plaintiff States' Motion for Summary Judgment, ECF No. 87, is hereby GRANTED.

The plaintiffs have challenged the April 17, 2026, Memorandum issued by the FAR Council, the policies adopted in that memorandum, the class deviations adopted by the remaining defendant agencies to implement Executive Order No. 14398, and those agencies' adoption of the contract terms prescribed by Executive Order No. 14398. *See* Compl., ECF No. 1.

The challenged actions are held unlawful and are VACATED under 5 U.S.C. § 706(2).

With respect to the plaintiffs' request for a permanent injunction, the Court finds that the plaintiff States have demonstrated actual success on the merits. The plaintiffs face irreparable injury, and remedies available at law are inadequate to compensate for that injury. The balance of equities favors entry of an injunction, and entry of an injunction is in the public interest. The defendants are hereby enjoined from implementing any of the challenged actions with respect to the plaintiff States.

The Court further declares the challenged actions unlawful under 28 U.S.C. § 2201(a).

The Defendants' Motion to Dismiss or in the Alternative for Partial Summary Judgment, ECF No. 108, is hereby DENIED.

IT IS SO ORDERED.

Date:

____________________________________
MATTHEW J. MADDOX
UNITED STATES DISTRICT JUDGE